ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Melwood Horticultural Training Center, Inc. ) ASBCA No. 60323
)
Under Contract No. W911S0-11-F-0040 *et al.* )

APPEARANCE FOR THE APPELLANT:           Raechel K. Kummer, Esq.
                                             Morgan, Lewis & Bockius LLP
                                            Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                            Army Chief Trial Attorney
                                            MAJ Douglas A. Reisinger, JA,
                                            Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. Pursuant to the parties' June 19, 2018 correspondence, which indicates that appellant stipulates to the dismissal with prejudice of ASBCA No. 60323, the above-captioned appeal is hereby DISMISSED WITH PREJUDICE.

Dated: June 25, 2018

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60323, Appeal of Melwood Horticultural Training Center, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals